Dismissed and Memorandum Opinion filed June 17, 2010.

 

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00303-CR

____________

 

THE STATE OF TEXAS, Appellant

 

V.

 

MIRNA CHAPA, Appellee

 



 

On Appeal from County Criminal Court at Law No. 3

Harris County, Texas

Trial Court Cause No. 5494

 



 

M E M O R
A N D U M   O P I N I O N

A
written request from appellant to withdraw the notice of appeal has been filed
with this Court.  See Tex. R.
App. P. 42.2.  Because this Court has not delivered an opinion, we grant
appellant=s request.

Accordingly,
we order the appeal dismissed.  We direct the Clerk of the Court to issue the
mandate of the Court immediately.

PER
CURIAM

Panel consists of Justices Brown, Sullivan, and
Christopher. 

Do Not Publish C Tex. R. App. P.
47.2(b)